1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
IN THE UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0208-JAM
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
13 | v. |
14 | JOHNNIE EARL ROSS JR., and VIN WHEALEN GAINES JR., | DATE: May 4, 2021
15 | | TIME: 9:30 a.m.
   | Defendants. | COURT: Hon. John A. Mendez
16

17

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 4, 2021.

2. By this stipulation, defendant now moves to continue the status conference until June 22, 2021, and to exclude time between May 4, 2021, and June 22, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a)    The government has represented that the discovery associated with this case includes approximately 654 pages of investigative reports and other documents, as well as

numerous video and audio recordings and other materials. All of this discovery has been produced directly to counsel and/ or made available to defense counsel for inspection.

      b)     The indictment in this case was returned on November 5, 2020.

      c)     Defendant Johnnie Earl Ross Jr. made his initial appearance in this case on February 4, 2021, and attorney Christopher Cosca was appointed to represent him.

      d)     Counsel for defendants need additional time to review the discovery, conduct investigation, confer with their clients regarding defense strategy, and to otherwise prepare for trial.

      e)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)     The government does not object to the continuance.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4, 2021 to June 22, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: April 28, 2021

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
JOHNNIE EARL ROSS JR.

Dated: April 28, 2021

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
VIN WHEALAN GAINES JR.

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of April, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE