```
COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOHNNIE EARL ROSS, JR.
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHNNIE EARL ROSS, JR.,<br><br>　　　　　　　　Defendant. | 2:20-CR-0208-JAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for September 28, 2021, should be continued to November 2, 2021. A continuance is necessary because defense counsel has an unavoidable conflict due to a trial in Butte County, California. The government and probation do not object to this request.

///

///

///

///

///

///

1

USA v. ROSS, Stip and Order to Con't J&S

**IT IS SO STIPULATED.**

DATED:       September 9, 2021            /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant United States Attorney


DATED:       September 9, 2021            /s/ Chris Cosca
                                          CHRIS COSCA
                                          Counsel for Defendant
                                          JOHNNIE EARL ROSS, JR.


**O R D E R**

IT IS SO FOUND AND ORDERED.


Dated:  September 9, 2021                 /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

2

USA v. ROSS, Stip and Order to Con't J&S