|   |   |
|---|---|
| 1 | COSCA LAW CORPORATION |
| 2 | CHRIS COSCA (SBN 144546) |
|   | 1007 7th Street, Suite 210 |
|   | Sacramento, CA 95814 |
| 3 | (916) 440-1010 |
| 4 | Attorney for Defendant |
|   | JOHNNIE EARL ROSS, JR. |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-CR-0208-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| JOHNNIE EARL ROSS, JR., | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for November 2, 2021, be continued to December 14, 2021. A continuance is necessary due to a COVID-19 outbreak at the Sacramento County Jail, the potential adverse health issues it may cause Mr. Ross, and the reported limitations it will have on inmate transportation to court. The government and probation do not object to this request.

///

///

///

///

///

1
USA v. ROSS, Stipulation and Order to Con't J&S

1 **IT IS SO STIPULATED.**

3  DATED:   October 26, 2021                /s/ David Spencer
                                            DAVID SPENCER
4                                           Assistant United States Attorney

6  DATED:   October 26, 2021                /s/ Chris Cosca
                                            CHRIS COSCA
7                                           Counsel for Defendant
                                            JOHNNIE EARL ROSS, JR.

**O R D E R**

IT IS SO FOUND AND ORDERED this 27th day of October, 2021.

DATED:  October 27, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE